UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| SANDY DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | 5:17-cv-399-JMH |
| v. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| NANCY A. BERRYHILL, ACTING | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY | ) | |
| | ) | |
| Defendant. | | |

\*\*\*

In accordance with the Court's Memorandum Order and Opinion entered contemporaneously herewith, Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g), **IT IS ORDERED** as follows:

(1) The decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Social Security Administration;

(2) All deadlines and scheduled proceedings are **CONTINUED GENERALLY**;

(3) All remaining claims for relief or pending motions are **DENIED AS MOOT**;

(4) This matter shall be **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**; and

(5) This Order is **FINAL AND APPEALABLE** and **THERE IS NO**

**JUST CAUSE FOR DELAY.**

This the 1st day of November, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge